IDA FROEHLICH, Respondent, v. FRANCIS TREVOR and Another, Appellants.— Judgment reversed on the facts and a new trial granted, with costs to appellants to abide the event, on the ground that the verdict is against the weight of the

evidence on the question of negligence. The doctrine of *res ipsa loquitur* does not apply under the facts here. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.